# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 27, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

149467

In re PARRISH, Minors.

SC: 149467
COA: 318835
Wexford CC Family Division:
2006-020048-NA

_____/

On order of the Court, the application for leave to appeal the May 20, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 27, 2014



Clerk

s0624